# Third District Court of Appeal

## State of Florida

Opinion filed April 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0281
Lower Tribunal No. 20-11733 CC
_____

**Carlos Gabriel Carus, Jr.,**
Appellant,

vs.

**Gladys Fidelia,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Michael G. Barket, Judge.

Kenzie N. Sadlak, P.A. and Kenzie N. Sadlak, for appellant.

Topouzis & Associates, P.C., and Tyler E. Mesmer, for appellee.

Before FERNANDEZ, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.  See § 720.3085(2)(b), Fla. Stat. (2022) ("A parcel owner is

jointly and severally liable with the previous parcel owner for all unpaid assessments that came due up to the time of transfer of title."); Villas of Windmill Point II Prop. Owners' Ass'n, Inc. v. Nationstar Mortg., LLC, 229 So. 3d 822, 824 (Fla. 4th DCA 2017) ("[U]nder section 720.3085(2)(c), [the third-party purchaser] does *indirectly* benefit from the safe harbor provision because, under section 720.3085(2)(b), it is jointly and severally liable with the prior parcel owner . . . for all unpaid assessments due up to the time of transfer of title, and [the prior parcel owner] did qualify for the safe harbor provision."); Cong. Park Off. Condos II, LLC v. First-Citizens Bank & Tr. Co., 105 So. 3d 602, 608 (Fla. 4th DCA 2013) ("If the incomplete discovery will not raise future disputed issues of material fact, summary judgment may be properly granted." (quoting Osorto v. Deutsche Bank Nat'l Tr. Co., 88 So. 3d 261, 263 (Fla. 4th DCA 2012))).